**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SHAWNA BARTON,<br><br>Plaintiff,<br><br>v.<br><br>THE RECEIVABLE MANAGEMENT SERVICES, LLC,<br><br>Defendant. | Case No. 4:23-cv-00975-HEA |

**AGREED STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, SHAWNA BARTON, and Defendant, THE RECEIVABLE MANAGEMENT SERVICES, LLC, through their respective counsel, that the above-captioned action is dismissed, with prejudice, against, THE RECEIVABLE MANAGEMENT SERVICES, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: November 3, 2023

**SHAWNA BARTON**

*s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis, Esq.
CONSUMER LAW PARTNERS, LLC
180 N. Stetson Ave., Suite 2800
Chicago, IL 60601
(267) 422-1000 (phone)
teddy@consumerlawpartners.com
*Counsel for Plaintiff*

Respectfully Submitted,

**THE RECEIVABLES MANAGEMENT SERVICES, LLC**

*s/ Alan Ritchie*
Alan Ritchie
PILGRIM CHRISTAKIS LLP
One S. Dearborn St., Suite 1420
Chicago, IL 60603
(312) 924-1773 (phone)
aritchie@pilgrimchristakis.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 3, 2023, I electronically filed the foregoing *Agreed Stipulation of Dismissal* with the Clerk of the District Court for the Eastern District of Missouri using the CM/ECF system, which will send notification of this filing to all attorneys of record in this action.

/s/ *Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis